United States District Court

For the Southern District of West Virginia



| | | |
|---|---|---|
| Jessie Adams | ) | |
| Plaintiff | ) | Case No. 5:26-cv-00050 |
| v. | ) | |
| Sergio Jimenez | ) | Jury Trial: Yes |
| Defendant | ) | |

COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendant had ex parte communication with certain individuals,

2. Defendant conspired with others in violation of due process,

3. The Basis for federal court jurisdiction is federal law.

RELIEF

Plaintiff demands a sum of money estimated over $400,000.

CERTIFICATION AND CLOSING

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

1/9/2026